UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| Manu Raveendran | : | Case No.: |
| Plaintiff | : | |
| v. | : | **COMPLAINT** |
| Reliance Standard Life Insurance Company | : | |
| Defendant | : | |

Plaintiff, Manu Raveendran, for his Complaint against Defendant Reliance Standard Life Insurance Company ("Reliance") states as follows:

1. Plaintiff is an individual who resides in Alpharetta, Georgia and who is or was a participant in a short-term disability plan (the "STD Plan") sponsored by his former employer, Molina Healthcare, Inc.

2. Upon information and belief, the STD Plan is funded through a group short term disability insurance policy Reliance sold Molina (the "STD Policy").

3. Upon information and belief, Reliance is a foreign company with offices located in South Portland, Maine.

4. Reliance serves as the claims administrator of the STD Plan for purposes of benefit determinations made pursuant to the STD Policy.

5. Plaintiff brings this action to recover benefits under the STD Plan and STD Policy.

6.      Plaintiff brings this action under the Employee Retirement Income Security Act ("ERISA") 502(a)(1)(B) and to recover benefits under the STD Plan and STD Policy. This Court has subject matter jurisdiction over this action, and it may assert personal jurisdiction over Reliance because, per ERISA 502(e), as it resides in this District.

## Claim for Relief

7.      The Policy provides that Reliance will pay short-term disability benefits to participants who are participants under the STD Plan.

8.      Under the STD Policy, disability is defined as the inability to perform your occupation.

9.      Plaintiff stopped working on May 20, 2022, due to cardiac conditions.

10.     Plaintiff became disabled under the policy on or about May 20, 2022.

11.     Plaintiff has qualified for short term disability under the STD Policy.

12.     Plaintiff timely submitted a claim for disability benefits.

13.     Reliance denied Plaintiff's claim.

14.     Plaintiff appealed that determination.

15.     Reliance upheld its determination.

16.     Plaintiff is entitled to a judgment against Reliance, in the amount of the unpaid disability benefits under the STD Policy and STD Plan.

17.     Plaintiff is also entitled to prejudgment interest and an award of attorney's fees in an amount to be proven.

WHEREFORE, Plaintiff requests the Court grant him the following relief from Defendant:

      a.  A judgment in the amount of all benefits due under the Plan/Policy plus prejudgment interest;

      b.  An order reinstating her benefits and ordering that they be paid through coverage under the Plan and Policy.

      c.  Plaintiff's costs and attorney's fees; and

      d.  All other relief the Court may deem proper.

Dated: November 17, 2023

          /s/ Andrew S. Davis
          Andrew S. Davis
          DAVIS LAW LLC
          PO Box 17887
          Portland, Maine 04112
          andrew@erisabenefitlawyer.com